IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LE-NATURE'S INC, COMMERCIAL LITIGATION | ) MDL No. 2021<br>) Civil Action No.:<br>) 2:09-mc-00162-DWA |
| The CIT Group/Equipment Financing, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>Krones, Inc., a Wisconsin corporation; Krones Aktiengesellschaft, a German corporation; Heinz Sommer; Volker Kronseder; and Gregory Podlucky, <br><br>Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) Civil Action No.:<br>) 2:09-cv-00432-DWA |

## JOINT MOTION FOR DISMISSAL OF ALL CLAIMS

Plaintiff The CIT Group/Equipment Financing, Inc. ("CIT") and Defendants Krones, Inc., Krones A.G., Heinz Sommer, and Volker Kronseder (collectively "the Moving Defendants,"), by and through their undersigned counsel of record, hereby jointly move for the entry of an Order dismissing all claims asserted by CIT in its Complaint. In support of this Motion, CIT and the Moving Defendants respectfully state as follows:

1.  CIT and the Moving Defendants have entered into a settlement agreement that resolves all claims asserted against the Moving Defendants by CIT.

2.  A default was entered against Defendant Gregory Podlucky on January 13, 2009. On April 8, 2009, Podlucky filed a Motion to Dismiss Party Gregory Podlucky, Dismiss Complaint, or in the Alternative, Stay Proceedings as to Gregory Podlucky ("Podlucky's Motion").

3. On April 14, 2009, this action was transferred to the Western District of Pennsylvania pursuant to an April 9, 2009 Order by the United States Judicial Panel on Multidistrict Litigation. No action had been taken in response to Podlucky's Motion by either the Court or the parties.

4. After transfer to the Western District of Pennsylvania the Court held a Status Conference on May 19, 2009 during which it ordered, among other things, that all parties re-file any previously filed motions no later than June 19, 2009. That Order is memorialized in a May 22, 2009 minute entry on the docket for this action.

5. Podlucky's Motion was never refiled. Therefore, the Default entered against Gregory Podlucky on January 13, 2009, remains in effect.

6. On October 24, 2011, an Order was entered by this Court sentencing Gregory Podlucky to twenty (20) years in prison and ordering him to pay restitution totaling $661 million. Pursuant to the October 24, 2011 Order, CIT is entitled to receive restitution from Gregory Podlucky in the minimum amount of $112,000,000.

7. In light of Gregory Podlucky's conviction, incarceration, and the $661 million restitution order entered against him, CIT has chosen not to pursue the Default.

8. The moving parties desire that all claims in this action be dismissed *with prejudice* as to the Moving Defendants and *without prejudice* as to Gregory Podlucky, with each party bearing its own costs and attorneys' fees.

9.   A proposed Order of Dismissal is being submitted with this Motion.

DATED: January 9, 2013.

BLANK ROME LLP

*/s/ Steven L. Caponi*

Steven L. Caponi

1201 Market Street
Suite 800
Wilmington, DE 19803

Counsel for The CIT Group/
Equipment Financing, Inc.

FOLEY & LARDNER LLP

*/s/ Andrew J. Wronski*

Andrew J. Wronski

777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

Counsel for Krones, Inc., Krones Aktiengesellschaft, Heinz Sommer and Volker Kronseder

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*Counsel for Marc S. Kirschner:*

Christine A. Alverez
Christopher P. Johnson
David S. Rosner
Kim Conroy
Maria Gorecki
Michael M. Fay
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway, 21st Floor
cmontenegro@kasowitz.com
cjohnson@kasowitz.com
drosner@kasowitz.com
kconroy@kasowitz.com
mgorecki@kasowitz.com
mfay@kasowitz.com

George T. Snyder
Richard O. Earley
Roy E. Leonard
STONECIPHER, CUNNINGHAM, BEARD & SCHMITT
125 First Avenue
Pittsburgh, PA 15222
gsnyder@scbslaw.com
rearley@stonecipherlaw.com
rleonard@stonecipherlaw.com

*Counsel for Compass Financial Corporation and Compass Bank:*

Gregory C. Cook
A. Kelly Brennan
Conrad L. Anderson
BALCH & BINGHAM LLP
1901 6TH Avenue North
P.O. Box 306
Birmingham AL 35201-0306
gcook@balch.com
kbrennan@balch.com
canderson@balch.com

Gretchen L. Jankowski
BUCHANAN INGERSOLL & ROONEY PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Gretchen.jankowski@bipc.com

Counsel for Marshall Financial, Inc. and Marshall Investments Corporation:

Jerome A. Miranowski
Michael M. Krauss
Jane Maschka
FAEGRE & BENSON LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55401
jmiranowski@faegre.com
mkrauss@faegre.com
jmaschka@faegre.com

*Counsel for Plaintiff Farm Credit Leasing Services Corporation:*

Christopher P. Schueller, Esquire
Timothy P. Palmer
BUCHANAN INGERSOLL & ROONEY P.C.
301 Grant Avenue
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Christopher.schueller@bipc.com

H. Marc Tepper, Esquire
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102
Marc.tepper@bipc.com

*Counsel for the United States of America:*

James W. Garrett
United States Attorneys Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
James.garrett@usdoj.gov

*Counsel for Gregory Podlucky:*

Robert O. Lampl
960 Penn Avenue
Suite 1200
Pittsburgh, PA 15222
rol@lampllaw.com

*Counsel for BDO Seidman:*

William P. Donovan, Jr.
DLA Piper
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023
William.donovan@dlapiper.com

Cary B. Samowitz
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
Cary.samowitz@dlapiper.com

Timothy Hoeffner
Jayne A. Risk
DLA Piper
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300
Timothy.hoeffner@dlapiper.com
Jayne.risk@dlapiper.com

*Counsel for MB Financial Bank, N.A.:*

Richard A. Saldinger
S. Jarret Raab
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151
rsaldinger@shawfishman.com
jraab@shawfishman.com

Christopher Sharp